## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, }
*ex rel.* LAMAR C. CHAPMAN, III, }

        *Plaintiff/Relator,* }

        *-vs-* }

FEDERAL ELECTION COMMISSION, }
KAMALA DEVI HARRIS – EMHOFF, }
*d/b/a* KAMALA HARRIS – PRESIDENT; }
BIDEN – HARRIS PRESIDENT, INC.; }
JOSEPH ROBINETTE BIDEN, JR.; }
BARRY SOETORO, Fraudulently Known as }
BARACK HUSSEIN OBAMA, II; OBAMA }
BIDEN FOR PRESIDENT, INC., KAMALA }
HARRIS.COM; HARRIS-WALZ CAMPAIGN; }
*and* ALLEN J. DICKERSON, *in his Official* }
*Capacity as Commissioner of the Federal Election* }
*Commission, et., al.* }

        *Defendants.* }

CASE NUMBER: 3.24-cv-1134-mmh-SJH

**Filed *via* PACER**
**NOT UNDER SEAL**

**COMPLAINT ALLEGING VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT**

Hon. Timothy J. Corrigan, Chief Judge
United States (USDC) District Court
Middle District of Florida (Md. Fla.)
      ******

Roger B. Handberg, U.S. Attorney
Middle District of Florida
      ******

Elizabeth Warren, Clerk of the Court
Middle District of Florida

## VERIFIED COMPLAINT ALLEGING
## ELECTION FRAUD, POLITICAL FRAUD, IMMIGRATION FRAUD, AND FRAUD AGAINST THE UNITED STATES OF AMERICA

1. LAMAR C. CHAPMAN, III ("Realtor") brings this action on behalf of the UNITED STATES OF AMERICA ("UNITED STATES") for treble damages and civil penalties arising from the Defendants' public corruption, criminal misconduct, election fraud, and conspiracy to commit the same, and Whistleblower Award for Original Information and violation of the "Birthright Citizenship Clause", Imposter U.S. Citizenship of Negrito Indonesian National Barry Soetoro, Fraudulently Known As Barack Hussein Obama, II, and Imposter U.S.

Citizenship and British Jamaican National, Montreal, British Canadian illegal immigrant and squatter Kamala Devi Harris – Emhoff, in violation of 18 USC, Section 911, and "Natural Born" Eligibility Clause of the Fourteenth Amendment of the Constitution of the United States, and the Federal False Claims Act ("FCA"), 31 U.S.C., Section 3729, *et. seq*.

2.   The violations of the FCA set forth herein have taken place for at least the Preceding sixteen (16) years from the date of the filing of this Complaint, and involves more than \$2.6 Billion Dollars of fraudulently raised and donated, tax exempt money from unknowingly and innocent donors in fraudulently structured, foreign owned, and controlled Federal Election Commission (FEC) political campaigns.

3.   The FCA provides that any person who knowingly submits or causes to be submitted a false or fraudulent claim to a government entity for payment or approval is liable for a civil penalty for each such claim, plus three times the amount of the damages suffered by the government. The Act allows any person having information regarding a false or fraudulent claim against the government to bring on behalf of herself or himself (the "*qui tam* plaintiff" or "relator") and the government and Relator, Plaintiff, Whistleblower to share in any recovery.

4.   The criminal schemes described hereinafter have National Security, *Coup d e 'tat,* Political espionage, international conspiratorial implications, and give rise to FCA violations made by Defendants for submitting and causing the submission of false claims in violation of 31 U.S.C., Section 3729 (a)(1)(A), using and causing the use of false records and statements material to false claims in violation of Section 3729(a)(1)(B), and using or causing the use of false records and statements material to the obligation to repay overpayments and avoiding the obligation to repay overpayment in violation of Section 3729(a)(1)(G).

## THE PARTIES

5.   The UNITED STATES OF AMERICA operates and administers the Federal Election Commission (FEC), and enforces its Laws, Rules, Regulations, Policies, Practices, and Procedures. The UNITED STATES also enforces the Citizenship Provisions of the United States Constitution, Immigration and Naturalization Act, ("INA"), the Department of State, Federal Election Commission, and the Federal Civil and Criminal Codes of the of the United States of

America. At all times relevant to this Complaint, the Federal Election Commission (FEC) Administered, supervised, enforced, conspired to commit, and enabled criminal violations of election laws, election finance crimes, for ineligible and Foreign Candidate Barack Hussein Obama, II, in Obama vs. McCain, Obama vs. Romney, and ineligible Foreign Candidate Kamala Harris, in Biden-Harris vs. Trump-Pence, and Harris-Walz vs. Trump-Vance, and Joe Biden's Criminal and active involvement in each and every one of those illegal, and invalid elections.

6. *Qui tam* Whistleblower, Plaintiff, Relator LAMAR C. CHAPMAN, III, is a Life-tenured President Appointed and Commissioned (President Richard Milhous Nixon) Article II Officer of the United States of America, with Fifty-three (53) years of "indefinite term of service" completed as authenticated by the United States Defense Department Form DD-214N.

7. As a 33 years "Wholesale Politician", "Prolific Whistleblower" and Chicago, Illinois former associate of some of the Defendants named herein, including Obama's and Kamala's unnamed political "creator" and benefactors, and importers, defunct, late Chief Circuit Judge, and Illinois Congressman, Abner Joseph Mikva; Defunct Chief Circuit Judge, and current Attorney General Merrick Garland, Relator LAMAR C. CHAPMAN, III, has been victimized and persecuted as alleged herein in *qui tam* retaliation, since 1991, for refusing to accept monetary bribes, slotted political office, elected Federal Office, and participating in Washington, DC, institutionalized "Public Corruption".

8. The "Provider Organization ("PO") Defendants" are as follows:

a. Defendant FEDERAL ELECTION COMMISSION is an agency of the UNITED STATES OF AMERICA, and its Democratic Commissioner, appointed by Defendant Joseph Robinette Biden, Jr., in 2022, is Defendant ALLEN J. DICKERSON, and whose listed principal address is 1050 First Avenue, NE, Washington, DC 20463.

b. Defendant KAMALA DEVI HARRIS – EMHOFF is a "Born Alien" as defined by Title 10 of the Immigration and Naturalization Act, (INA), National of British Jamacia, and has off and on, since her illegal October 20, 1964, foreign Parents' Student Visa Birth pretended to be a "Birthright Citizen" or a "Natural Born" Citizen of the United States of America. She is illegally holding, an invalid, nullified, and unconstitutionally elected office of Vice President of

the United States of America. She is illegally squatting in the Vice President's Residence and Office located at the United States Naval Observatory, at Number One Observatory Circle, Washington, DC 20392.

c. Defendant JOSEPH ROBINETTE BIDEN, is an ineligible Vice President under Defendant "Born Alien" BARRY SOETORO, Expatriate of the Republic of Kenya, and Negrito Indonesian National of the Republic of Indonesia, fraudulently known as Barack Hussein Obama, II, and putative Forty-Sixth President of the United States of America as ineligible and unconstitutionally sitting in violation of the Natural Born Citizenship Requirement provisions of the "Eligibility Clause" and the Birthright Citizenship Clause of the Fourteenth Amendment of the Constitution of the United States of America, of both running mates, and Ballot Mates – "Born Aliens" Barack Obama, and Kamala Harris. Joseph Robinette Biden, Jr., is a nullity and has never been legitimately seated as President or Vice President of the United States of America. Based on information and belief Defendant BIDEN, is an indicted and self-pardoned, Co-conspirator for Obama, and Kamala to Commit Election Fraud, Immigration Fraud, FEC Fraud on the United States of America. Collectively they have collaborated with all other Defendants to perpetuate the fraudulent scheme as set forth herein.

d. Defendant BARACK HUSSEIN OBAMA, II, legally entering the United States of America in 1982, on a State Department issued Student Visa, and identified by the Department of State as Negrito Republic of Indonesia National, Barry Soetoro. Swearing false Oath, Barack Hussein Obama, II, is not his legal name and appears to be one of his thirty-nine (39) aliases and fake identifications criminally misused in chronic identification fraud to conceal this criminal scheme enabling elections and immigration fraud. Hiding in America in plain sight on an expired and revoked Student Visa, the born Alien, and illegal immigrant, and sham President has curated more than four luxurious homes, disgorgement and restitution Respondents in Chicago, Washington, DC, "Martha Vineyards", and Hawaii. See Lamar C. Chapman vs. Obama, *et., al.,* SCOTUS, 18-1085, USDC-DC; USCA-DC.

e. Defendants identified as Fundraising Committees for Elected Offices as summarized herein are not all inclusive and are fraudulently engineered by Defendants to

facilitate the election crimes and fraudulent schemes set forth herein as excused by the Defendant FEDERAL ELECTION COMMISSION, its current, and former Defendant Commissioners. All Defendants are integrally, jointly and collectively involved in the Federal Election Commission and Alien Candidates Obama, and Kamala Harris, and Co-Conspirator Joe Biden's FCA violations described herein.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action per 28 U.S.C., Section 1345 because the UNITED STATES OF AMERICA is the Plaintiff. In addition, the Court has Subject Matter jurisdiction over FCA claims for relief under 31 U.S.C., Section 3742(a) and (b).

10. The Court has personal jurisdiction over Defendants under 31 U.S.C., Section 3732(a) because some of the Defendants Fund Raisers and Campaign Committee Founders can be found in, reside in, and transact business in this District, or has committed the alleged acts in this District.

11. Venue lies in this District under 28 U.S.C., Section 1391(b), (c) and 31 U.S.C., Section 3732(a) because the Defendants can be found in and/or transact business in this District, a substantial part of the events or omission giving rise to the claims occurred in this District, and all of the Defendants are subject to the Court's jurisdiction under the FCA.

## THE FEDERAL FALSE CLAIMS ACT

12. The FCA is the primary civil remedial statute designed to deter fraud upon the UNITED STATES OF AMERICA and reflects Congress' objective to "enhance the Government's ability to recover losses as a result of fraud against the Government." S. Rep. 99-345, at 1, as reprinted in 1986 U.S.C.C.A.N. 5266. The functional equivalent of: "The Medicare Advantage capitation payment system is subject to the False Claims Act." U.S. ex rel. Silingo v. Wellpoint, Inc., 904 F. 3d 667, 673 (9th Cir. 2018).

13. First, a defendant violates the FCA when it "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval." 31 U.S.C., Section 3729(a), (1)(A)…any request or demand, whether under a contract or otherwise, for money…that…)ii) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used

on the Government's behalf or to advance a Government program or interest, and if the United States Government – (I) provides or has provided any portion of the money...requested or demanded; or (II) will reimburse such contractor, grantee, or other recipient for any portion of the money which is requested or demanded." *Id.* Section 3729(b)(2).

14. Second, a defendant violates the FCA when it "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claims." *Id.* Section 3729(a)(1)(B).

15. Third, a defendant violates the FCA when it "knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government". *Id.*, Section 3729(a)(1)(G). The FCA defines the term "obligation" to include "the retention of any overpayment." Id., Section 3729(b)(3).

16. Upon learning of the false Student Visa, Federal Election Criminal Scheme of "Born Aliens" Obama, and Harris, and their Co-conspirator Joseph Robinette Biden, Jr., resulting in Election Fraud, Immigration Fraud, and Federal Election Commission Election Crimes, and Fundraising Crimes, and unlawful payrolling, and overpayments from U.S. Treasury resources, the Realtor's duty exists to makes verified Reports to the Attorney General and the United States, Department of Justice; United States Senate Judiciary Committee for Oversight; U.S. Department of Justice, Mr. Michael E. Horowitz, Deputy Director and Inspector General United States Justice Department; Chief Justice of the Supreme Court Honorable, Mr. John Glover Roberts, Jr.; Deputy Robert S. Adams, Federal Bureau of Investigations, Public Corruption and Civil Rights Unit, and Legislative Leadership Members of the United States House of Representative; and United States House Oversight Committee.

17. So doing resulted in heightened Official Misconduct, personal persecution, and Criminal Whistleblower Retaliation including retaliatory false imprisonment, food poisoning, Judiciary Committee; intentional medical neglect, and treatment failure; chemical castration, loss of consortium; impeding due process, Constitutional and Civil Rights, and four failed imprison

assassination attempts.

18. Yet to be named, illegal immigrants, and Alien appointed, illegitimate federal judges appointed by Barry Soetoro, fraudulently known as Barack Hussein Obama, II, in *quid pro quo*, criminally denied Realtor Chapman, the distinguished African American, President Nixon Appointed Article II Officer of the United States of America, with 53 Years Indefinite Term of Life-tenured Service, meaningful, and constitutional access to the Federal District, Circuit, and Supreme Courts.

19. In false, fraudulent, and criminally deceptive rulings Obama illegally appointed Foreign Nationals, (18 USC, § 911) Imposter United States Citizen and putative Federal Judges Amit Priyavadan Metha (National, Patan, India) was directed by his fellow illegal immigrant Obama to "*take care of Chapman, and I will take care of you!*"

20. Illegal Immigrant Amit Priyavadan Metha, who also squatted as a "FISA" Court Judge illegally ordered the electronic surveillance and "bugging" of Trump Towers, Commercial Properties, President Trump's New York residence, and the Mar-a-Lago Resort, and Estate of President Trump. Also, Illegal Immigrant Amit Priyavadan Metha *sua sponte*, deliberately, and unlawfully dismissed Realtor Chapman's Civil Rights lawsuit, as authorized by Bivens vs. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (9171), the Civil Rights Act, 42 USC, Section 1983, 1985, *et., al.,* as captioned and filed as Lamar C. Chapman, III vs. Barack Hussein Obama, II; Barry Soetoro, *et.,al.* SCOTUS, 18-8335, (March 7, 2019) (2018) (No. 17-5100) (USCA) 1:16-cv-01763, (D.D.C. Aug. 31, 2016).

21. The Chapman vs. Obama, *et., al.,* Civil Rights Lawsuit was unlawfully heard, and falsely dismissed in *quid pro quo*, because the Obama, appointed, politically corrupt, and biased illegal immigrant nullified judge Amit Priyavadan Metha on the color of law, falsely relied on Berg vs. Obama, citing Realtor Chapman's whistleblower mistreatment, retaliation, and *quid pro quo* persecution were nothing more than "generalized grievances that any other voter could have experienced, which deprived Chapman standing to sue the President." See, *Chapman vs. Obama,* ECF 2, Memorandum of Judgment of Dismissal.

22. On Appeal to the United States Court of Appeals for the District of Columbia,

(17-5100), another illegal immigrant, Born Alien Obama appointed, Indian Foreign National putative Chief District of Columbia Circuit Judge Padmanabhan Srikanth "Sri" Srinivasan, an Indian-Born (Chandigarth, India) in Obama *quid pro quo*, falsely, and contumaciously dismissed The resulting appeal for want of prosecution for "failure to file an Initial Brief on Appeal." When in fact, Realtor Chapman, did in fact file an initial Brief on Appeal, three weeks, in advance of deadline date, with Courtesy Copies, sent out to an extended Service List to include the Chief Justice of the Supreme Court, the National Archives (NARA) and Records Administration, U.S. Senate Judiciary Committee, the Department of Justice Inspector General, FBI Unit Chief, Mr. Adam S. Lee, the Unit Chief for the FBI, and multiple Media Outlets.

23. Other Obama appointed, illegal immigrants, *quid pro quo*, corrupt Federal District of Columbia Federal Judges, British Jamaican National Tanya Chutkin, and Ketanji Brown Jackson in exchange for Judicial Elevation in Office "take care of Chapman and I will take care of you" both refused to allow Realtor Chapman any access on orders of Barack Hussein Obama, II, to the District of Columbia Federal Court to follow due process of law, and to file any post judgment proceedings.  See for example, Chapman vs. Obama, *et., al.,* 1:16-cv-01763, (ECF 14).

24. Habitual Alien Offenders, and Co-Conspirator, Defendants, Obama, Biden, Kamala, and others under the false pretense, and Oversight of the Federal Election (FEC) Commission continued to "rig" the Election System of the United States, and applied for and accepted any and all Government monetary benefits that came with the unconstitutional federal offices, and fraudulently structured fundraising committees, and political embezzlement.

25. Over a period of time of fourteen (14) years, Born Alien Obama, Co-Conspirator Joe Biden and Born Alien Kamala Harris, knowingly, and in reckless disregard of the Rules, Policy, Practice, and Procedure of the Federal Election Commission, and Federal Law, stole more than \$2.9 Billion Dollars (USD), in breach and violation of Federal Law, felony theft, and the False Claims Act.

26. The United States Department of Justice is fully aware of the Election Crimes enabled, concealed, and excused by the Federal Election Commission, Election, Immigration

Fraud, and Fraud on the United States of America.

27. Defendant Federal Election Commission, and Co-conspirators, Obama, Biden, and Kamala for monetary gain, bribes, payoffs, and embezzlement silently enabled and allowed under the color of law by the Federal Election Commission, in conspiracy with Defendants, Biden, and imposter Americans (18 USC, Section 911), Defendants, Illegal Immigrant, Negrito Indonesian National Barry Soetoro, fraudulently known as Barack Hussein Obama, II, and British Jamaican National Kamala Devi Harris – Emhoff, caused the Election Crimes, and fraud Alleged herein.

28. Defendant Federal Election Commission unlawfully allowed illegal immigrants, Alien Defendants Obama, and Kamala in conspiracy with Defendant Joe Biden to loot the United States Treasury, and to unlawfully raise campaign money, and organize and structure unlawful Campaign Committees, and engage in other unallowed Citizenship Rights and Privileges in violation of the Fourteenth Amendment, Constitutional Birthright Clause and the "Natural Born Citizenship" Clause and Mandate of the Constitution of the United States of the United States of America.

29. Illegally holding nullified federal offices, and operating fictious election Committees Defendants misused taxpayer resources, government services, security, and trust in a self-serving criminal scheme to knowingly, and intentionally defraud the Government and the People of the United States of America.

30. Well-settled Federal Law prohibits illegal immigrants, and deportable squatters like Defendants Obama, and Kamala from exercising Citizenship Rights and Privileges like voting, holding elected office, and establishing fundraising, and tax-exempt organizations under the false pretense of being legitimately eligible to hold federal office, raise Campaign Funds, and to establish and operate lawful Government sanctioned Election Committees.

31. Defendant Federal Election Committee, and the Department of Justice have persecuted, and prosecuted Relator Chapman for bringing this criminal matter to the Department of Justice's attention. See attached Department of Justice case referral letter, as made a part hereof as **Exhibit, A.**

32. Defendant, illegal immigrant, and "Born Alien" Soetoro/Obama has made more than six thousand, five hundred illegal Article II, Executive Branch, and Article III Judicial Branch falsely appointed, mostly illegal immigrants, false Officers, and nullified Officials of the United States of America. This criminal scheme has cost the Government an "incalculable" sum of damage, injury, and money. Complete disgorgement, recovery and restitution is lawfully impossible.

33. The result of the violations of the False Claims Act described herein are not just monetary – Defendants' scheme results in significant public harm. First the false and unconstitutional Offices of Obama, Biden, Kamala, and countless of other Executive, Military, Judicial and Career Officers has cost the Government incalculable harm. If the previous Offices are invalid, illegal and unconstitutional, then all phony contracts, decisions, payments, receipts, Settlements, Court rulings, Convictions, Court approved Settlements, Good Faith Promises, Accords, and Agreements are void *ab initio*, and across the board shall be held for naught.

34. A false, fraudulent and illegitimate office can never render a fair, honest, valid, and legitimate results – PERIOD!  In a related and derivative matter, the Supreme Court of the United States of America, anonymous Justice dogmatically pontificated that "an illegitimate, unconstitutional and invalid office does not get to be a legitimate, constitutional and valid office just because "Born Alien", illegal immigrant, "squatter" Barack Obama sits there for eight (8) years and completes its term of office". Quotation partly verbatim, and partly paraphrased. See also, Chicago Secret Service Agents, Obama's House Guards confiscation of Realtor Chapman's Manuscripts: "Obama! The Alien in the Oval Office!", and "The Alien" Kamala Harris, The Daughter of Montreal, as "depublished", and removed from circulation on National Security Grounds.

35. For the foregoing reasons the Federal Courts, Department of Justice, and countless others in Obama, and Biden's Justice Department are knowingly, and intentionally complicit. They have knowingly, intentionally, willfully, and vindictively concealed their foreign operative, utterly sophisticated, grand illegal scheme, detrimental, and unforgiving *Coup d'E'tat*.

## FIRST CLAIM FOR RELIEF

### False Claims Act: Reverse False Claims
### 31 U.S.C., Section 3729(a)(1)(A) Against All Defendants

36. The Realtor repeats and re-alleges the allegations contained in ¶¶ 1 to35 above as though they are fully set forth herein.

37. All Defendants violated 31 U.S.C. § 3729(a)(1)(A) by knowingly presenting and causing the presentment of false or fraudulent claims for payment or approval resulting in inflated expense reimbursement to which they were not entitled.

38. Had Defendant Federal Election Commission (FEC) acted upon Defendants' knowingly false criminal activity, it would have refused to enable payments, illegal and fraudulent activities and fundraising based on blatant "Eligibility Clause", "Birthrights", and imposter Citizenship (18 USC, Section 911) criminal violations.

39. By virtue of the said acts of concealment and improper avoidance, the UNITED STATES has incurred damages and therefore is entitled to treble damages under the FCA, plus a civil penalty for each violation of the Act.

## SECOND CLAIM FOR RELIEF

### False Claims Act: Reverse False Claims
### 31 U.S.C., Section 3729(a)(1)(B) Against All Defendants

40. The Realtor repeats and re-alleges the allegations contained in ¶¶ 1 to 36 above as though they are fully set forth herein.

41. All Defendants violated 31 U.S.C. § 3729(a)(1)(B) by knowingly making, using, and causing to be made or used, false claims, records, and statements material to false or fraudulent claims resulting in inflated expense reimbursement to which they were not entitled.

42. Had Defendant Federal Election Commission (FEC) been aware of all Defendants' knowingly false and fraudulent criminal Election fundraising and activity, and false claims to United States Citizenship (18 USC, Section 911), Fourteenth (14th) Amendment

Constitutional Birthright Citzenship, and "Eligibility Clause" "Natural Born Citizenship" false claims, it would have refused to make or authorized payments to the Defendants, and their surrogates, subordinates, Agents, Representatives, and superiors.

43. By virtue of the said acts of concealment and improper avoidance, the UNITED STATES has incurred damages and therefore is entitled to treble damages under the FCA, plus a civil penalty for each violation of the Act.

## THIRD CLAIM FOR RELIEF

### False Claims Act: Reverse False Claims
### 31 U.S.C., Section 3729(a)(1)(G) Against All Defendants

44. The Realtor repeats and re-alleges the allegations contained in ¶¶ 1 to 36 above as though they are fully set forth herein.

45. All Defendants violated 31 U.S.C. § 3729(a)(1)(G) by knowingly making, using, and causing to be made or used, false claims, records, and statements material to false or fraudulent claims resulting in inflated expense reimbursement to which they were not entitled.

46. All Defendants violated 31 U.S.C. § 3729(a)(1)(G) by knowingly making, using, and causing to be made or used, false claims, records, and statements material to false or fraudulent claims resulting in inflated expense reimbursement to which they were not entitled. The Defendants also knowingly concealed and knowingly and improperly avoided or decreased an Obligation to self-deport, and return any and all funds raised and to step down to falsely

47. As recently as this election season, on or about July 21, 2024, Defendant Joseph Biden ceased all operation of his Election Committee. All Defendants knowingly and intentionally knew that Defendant Biden knowingly abandoned the Biden-Harris for President Committee and ceased its operation.

48. Based on information and belief, Defendant Biden and Defendant Obama silently agree to allow Joe Biden to take any and all balances in said Election Commission as his "Golden Parachute" if he agreed to allow Alien Kamala Harris to run in his place and stead for President without Joseph Biden's Objections.

49. This illegal payoff, or embezzlement is contrary to Rules of the Federal Election

Commission and cost the Government more than One Hundred and Sixty Million Dollars that has gone unaccounted for.

50. By virtue of the said acts of concealment and improper avoidance, the UNITED STATES has incurred damages and therefore is entitled to treble damages under the FCA, plus a civil penalty for each violation of the Act.

## FOURTH CLAIM FOR RELIEF

### False Claims Act: Reverse False Claims
### 31 U.S.C., Section 3729(a)(1)(G) Against All Defendants

51. The Realtor repeats and re-alleges the allegations contained in ¶¶ 1 to 36 above as though they are fully set forth herein.

52. All Defendants violated 31 U.S.C. § 3729(a)(1)(G) by knowingly making, using, and causing to be made or used, false claims, records, and statements material to false or fraudulent claims resulting in inflated expense reimbursement to which they were not entitled.

53. All Defendants violated 31 U.S.C. § 3729(a)(1)(G) by knowingly making, using, and causing to be made or used, false claims, records, and statements material to false or fraudulent claims resulting in inflated expense reimbursement to which they were not entitled. The Defendants also knowingly concealed and knowingly and improperly avoided or decreased an Obligation to self-deport, and return any and all funds raised and to step down to falsely elected offices to which they were not entitled to hold or keep.

54. Had FEC been aware of Defendants' knowingly false activities and knowing failure to surrender their unentitled and ineligible offices Defendant FEC would have taken steps to recover any and all money unlawfully raised.

55. Had Defendant FEC been vigilant and lawfully prosecuted the heretofore alleged Election Crimes, Birthrights and Eligibility Clause violation and Fraud against the United States of America the fraudulent election of Obama-Biden, versus John McCain-Sarah Palin; or Obama-Biden, versus Mit Romney- Paul Ryan, as falsely certified for Obama-Biden would have been lawfully certified for McCain, and Romney by default due to the illegitimate nature of the materially defective, unconstitutional and invalid, alien-laced Ballots.

56. Had Defendant FEC been vigilant and lawfully prosecuted the heretofore alleged Election Crimes, Birthrights and Eligibility Clause violation and Fraud against the United States of America the fraudulent election of Biden-Harris, versus Donald Trump-Michael Pence; or as falsely certified for Obama-Biden would have been lawfully certified for McCain, and Romney by default due to the illegitimate nature of the materially defective, unconstitutional and invalid, alien-laced Ballots.

57. Defendant Federal Election Commission was more than negligent to excuse three Criminally unconstitutional Federal Elections. The pending November 5, 2024, General Election is another criminally false and fraudulent election. President Donald J. Trump, has already won by default, due to the illegitimate and unconstitutional nature of Election Ballots containing the name of illegitimate candidate British Jamaican Kamala Devi Harris – Emhoff.

58. An unconstitutional Ballot is a nullity and counts for zero! Defendant British Jamaican Kamala Devi Harris – Emhoff is ineligible to run for office, particularly the Office of President of the United States of America. She has no Fourteenth Amendment Citzenship Rights because her illegal immigrant parents, were not Citizens of the United States of America, and Birthright Citizenship under the Fourteenth Amendment passes through the Parents' Citizenship. This is also true to meet the Constitutional Eligibility Requirement that a "Natural Born Citizen" must have birth parents of United States Citizenship at time of birth. Kamala Devi Harris – Emhoff's Late Mother, Shyamala Gopalan was a lawful "Permanent Resident" of British Montreal, Ontario Canada, and a National of British Jamaica. She was never was a Citizen of the United States of America.

59. An unconstitutional Ballot is a nullity and counts for zero! Defendant British Jamaican Kamala Devi Harris – Emhoff is ineligible to run for office, particularly the Office of President of the United States of America. She has no Fourteenth Amendment Citzenship Rights because her illegal immigrant parents, were not Citizens of the United States of America, and Birthright Citizenship under the Fourteenth Amendment passes through the Parents' Citizenship. This is also true to meet the Constitutional Eligibility Requirement that a "Natural Born Citizen" must have birth parents of United States Citizenship at time of birth. Kamala Devi Harris –

**Page 14 of 20**

Emhoff's father, Donald Jasper Harris, a Nomad National of British Jamaica, was illegally squatting in America on a revoked Student Visa on October 20, 1964, when Kamala Harris was born in Compton, California.

60. Resident" of British Montreal, Ontario Canada, and a National of British Jamaica. On or about March 15, 1999, Kamala Harris' father Donald Jasper Harris was Naturalized by the United States as a legitimate Citizen of the United States of America.

61. Kamala Harris, her late mother, and sister never Naturalized and have remained in America on expired, or revoked Student Visas. They are subject to indictment, and deportation for immigration fraud, Voters' Fraud, Alien Voting, Election Fraud, and Conspiracy to Commit Fraud against the United States of America.

62. As a matter of public record, Kamala Devi Harris – Emhoff is a Foreign National, illegitimate Candidate for any Office, particularly the Office of President and Vice President of the United States of America.

63. Defendant Kamala Devi Harris – Emhoff has violated the "Natural Born Citizenship Clause" and the Fourteenth (14th) Amendment Birthright Citizenship Clause of the Constitutional of the United States of America.

64. British Jamaican Kamala Devi Harris – Emhoff is Constitutionally ineligible to Run for the Office of President of the United States of America; hold the Office of President of the United States of America; to constitutionally be elected to the Office of President of the United States of America.

65. A Foreign National cannot be elected President of the United States of America. The Election Fraud and deficiencies are criminal in nature and cannot be repaired before the November 5, 2024, General Election.

66. Staying the November 5, 2024, General Election will not alleviate Defendant Kamala Devi Harris – Emhoff's Election Crime. A Default Judgment awarding the Office of Forty-Seventh President of the United States of America, to Honorable, Mr. Donald John Trump, Sr., is constitutionally mandated.

67. Defendant Federal Election Commission, the Federal Court, in conspiracy with

other named Defendants are complicit with the criminal Election Crime, and are negligently, and intentionally excusing the obvious and permitting the Crime on the United States of America and its People to proliferate.

68. Defendants have criminally and irreparably violated the Constitution of the United States of America and the trusts of the American People. Criminal referral and criminal sanctions are patently mandated.

STATE OF ILLINOIS     )
                                         ) *SS*
COUNTY OF **DU PAGE**   )

## AFFIDAVIT OF LAMAR C. CHAPMAN, III

LAMAR C. CHAPMAN, III, a/k/a Christophe' de la' Mar Chapman, III, AHO, ISBC, ADOC, OLLA, Ph. ESD, submits this Affidavit in Support of His Verified Qui Tam False Claims Act Complaint and do solemnly swear that the statements made herein are true, correct, and complete. Any allegations made under information and belief are verily believed to be true, correct, and complete. If called upon as a Witness to give testimony, the affiant would be able to do so from personal knowledge, information, experience, and belief. Any and all documents referenced herein or made a part hereof by attachment represent a true, and correct, unaltered copy of their originals. *FURTHER AFFIANT SAYETH NAUGHT!*

*Respectfully Submitted,*

Lamar C. Chapman, III *Affiant*

**SUBSCRIBED AND SWORN TO BEFORE ME THIS 29TH DAY OF OCTOBER, 2024.**

*Signature of Notary Public*                    (S E A L of  N O T A R Y  PUBLIC)

STATE OF ILLINOIS )
                  ) *SS*

COUNTY OF **DU PAGE** )

## AFFIDAVIT OF LAMAR C. CHAPMAN, III

LAMAR C. CHAPMAN, III, a/k/a Christophe' de la' Mar Chapman, III, AHO, ISBC, ADOC, OLLA, Ph. ESD, submits this Affidavit in Support of His Verified Qui Tam False Claims Act Complaint and do solemnly swear that the statements made herein are true, correct, and complete. Any allegations made under information and belief are verily believed to be true, correct, and complete. If called upon as a Witness to give testimony, the affiant would be able to do so from personal knowledge, information, experience, and belief. Any and all documents referenced herein or made a part hereof by attachment represent a true, and correct, unaltered copy of their originals. *FURTHER AFFIANT SAYETH NAUGHT!*

*Respectfully Submitted,*

Lamar C. Chapman, III *Affiant*

**SUBSCRIBED AND SWORN TO BEFORE ME THIS 29TH DAY OF OCTOBER, 2024.**

*Signature of Notary Public*

(S E A L of N O T A R Y PUBLIC)

Official Seal
VANESSA M CHAPMAN
Notary Public, State of Illinois
Commission No. 903941
My Commission Expires November 17, 2027

LAMAR C. CHAPMAN, III
NON-ATTORNEY, NON-LAWYER
1314 Kensington Road
POST OFFICE BOX 5232
Oak Brook, Illinois 60523-5232
Writer's Direct (630) 207-8670
E-Mail: thelasallecompanies@gmail.com

*WHEREFORE*, Plaintiff/Relator requests the Court grant judgment for Plaintiff/Relator and the United States against the Defendants, as follows:

a. For civil penalties for each false claim submitted, pursuant to 31 U.S.C. § 3729(a), and as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990, amended by the Debt Collection Improvement Act of 1996 and the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015;

b. For three times the amount of damages proved, pursuant to 32 U.S.C. § 3729(a);

c. For Realtor's reasonable attorney's fees and costs, in accordance with 31 U.S.C. § 3730(d);

d. For the maximum Relator's share award, pursuant to 31 U.S.C., § 3729(d);

e. For pre-judgment and post-judgment interest permitted as provided by law;

f. For Default Judgment and Order for President of the United States be awarded posthumously to President John McCain, and Vice President Sarah Palin over Alien Obama, and Joe Biden;

g. For Default Judgment and Order for President of the United States for President Mitt Romney, and Vice President Paul Ryan over Alien Obama, and Joe Biden;

h. For Default Judgment and Order for Re-Elected President of the United States for President Donald John Trump, Sr., and Vice President Michael Pence;

i. For Default Judgment for Order of President Donald J. Trump, and Vice President J.D. Vance of the United States of America, for the November 5, 2024, General Election;

j. Any and all Campaign Committee financial resources and money must be "seized and Freeze" until further order of Court;

k. National Security Emergency consideration must be given to all components of this

**Page 18 of 20**

l.   Unending criminal scheme, to include and not be limited to a Court Appointed
     Special Prosecutor to investigate the criminal allegations of Official Misconduct, and
     ongoing criminal fraud, and Court Appointed standby legal Realtor/Plaintiff Counsel,
     and administrative assistance;

m.   Court ordered United States Marshal Security for the elderly Whistleblower and his
     wife of forty-nine (49) years until further order of Court; and

n.   For such other and further relief including *sua sponte* Summary Judgments as may be
appropriate and authorized by law.

*Respectfully submitted this 29ᵗʰ day of October, 2024,*

Christophe' de la' Mar Chapman, III, AHO, SBC, Ph. ESD
a/k/a LAMAR C. CHAPMAN, III, E'lon Scholar
Legist, Laureate - Empirical, Juristician™
REALTOR, PLAINTIFF, *IN PROPRIA PERSONA*
Life-Tenured Article II Officer of the United States
Authorized Federal Lecturer Department of Education,
Department of Justice, and U.S. Bureau of Prisons
Chairman *Emeritus* and Chief Business Counsel®
The LaSalle Companies – Since 1978
White House *Literati* and Bar Number:
*WH# 103****2-43 ("Extremely Rare" – FBI Profiler)*

\*\*\*\*\*\*\*\*\*\*\*\*

**"It is extremely rare to find all of Mr. Chapman's qualities in a single individual"**

~Surveillance Profiler
Federal Bureau of Investigation
Presidential Appointment Vetting
1969, 1991, 2004, 2020

**Page 19 of 20**

## CERTIFICATE OF SERVICE

LAMAR C. CHAPMAN, III, Plaintiff, and Realtor, *Pro Se*, under Oath and in consideration of the penalty of perjury states that he served this Verified Complaint on the Clerk of the Circuit Court, and on the Office of the Attorney General or Department of Justice by First Class U.S. Mail by mailing the same with postage prepaid from the Oak Brook, Illinois Postal Facility on Tuesday, October 29, 2024, with proper postage prepaid before the hour of 5:00 PM.

*Very Respectfully Submitted,*

LAMAR C. CHAPMAN, III, Plaintiff, Realtor
*In propria Persona (Circa 1645)*

LAMAR C. CHAPMAN, III
Qui Tam Prolific Whistleblower
1314 Kensington Road
POST OFFICE BOX 5232
Oak Brook, Illinois 60523-5232
Writer's Direct (630) 207-8670
E-Mail: thelasallecompanies@gmail.com

**DATED: October 29, 2024**

(*i*)

## **SPECIAL SERVICE LIST**

Mr. Roger B. Handberg, *Esq.*
United States Attorney
Middle District of Florida
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, FL 32202

Madam Elizabeth Warren, Clerk
Middle District of Florida
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Honorable Timothy J. Corrigan, Chief Judge
United States (USDC) District Court
Middle District of Florida – Jacksonville
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

## OFFICIAL SERVICE LIST

Honorable, Mr. John Glover Roberts, Jr.
Chief Justice, United States Supreme Court
c/o Honorable Robert Dow, Jr.
Counselor/Counsel to the Chief Justice
OFFICE OF THE CHIEF JUSTICE
Supreme Court of the United States
One (1) First Street, NE
Washington, DC 20543

\*\*\*\*\*\*

Mr. William S. Meyers, General Counsel
Administrative Office of the U.S. Courts
Thurgood Marshall Campus
One (1) Columbus Circle, NE
Washington, D.C. 20544

\*\*\*\*\*\*

Honorable, Mr. Charles Earnest Grassley
U.S. Senator *Pro Tempore*, *Emeritus*
United States Senate Committee on the Judiciary
UNITED STATES SENATE
135 Hart Senate Office Building
Washington, DC 20510-1501

*RE: Supplement Impeachment*
*Petition for Impeachment*
*Born Alien Kamala Devi Harris - Emorff*

\*\*\*\*\*\*

Mr. Adam S. Lee, Section Chief, Unit Chief
Deputy Director, Federal Bureau of Investigation
Public Corruption/Civil Rights Section
United States Department of Justice
935-950 Pennsylvania Avenue, NW, Suite 701
Washington, D.C. 20535-0001

*RE: SUPPLEMENT – WH#10312012-43*
*"Alleged Criminal Interference with*
*Constitutional Rights By An Alien Federal Judge"*

## SPECIAL SERVICE LIST

Mr. Roger B. Handberg, *Esq.*
United States Attorney
Middle District of Florida
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, FL 32202

Madam Elizabeth Warren, Clerk
Middle District of Florida
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Honorable Timothy J. Corrigan, Chief Judge
United States (USDC) District Court
Middle District of Florida – Jacksonville
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Jeff S. Jordan, *Esq*.
Assistant General Counsel
Complaints Examination
& Legal Administration
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
RE: P80000722; C00703975;, *et., al.*

\*\*\*\*\*\*\*\*

John R. Phillippe, Jr.  *Esq*., Chief Counsel
David Powers, Senior Counsel
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, DC 20463
RE: P80000722; C00703975;, *et., al.*

\*\*\*\*\*\*\*\*\*

Madam Kamala Devi Harris – Emhoff
Biden-Harris for President
Kamala for the People Committee
Kamala for President Committee
United States Naval Observatory
3450 Massachusetts Avenue, NW
Washington, DC 20392

\*\*\*\*\*\*\*\*\*

Joseph Robinette Biden, Jr.
Biden-Harris for President Committee
Biden-Harris for Re-Election
The White House – Oval Office
1600 Pennsylvania Avenue, NW
Washington, DC  20500

\*\*\*\*\*\*\*\*

Mr. Ben Pershing, Politics Editor
THE WALL STREET JOURNAL
c/o Mr. Paul Beckett, Reporter
1025 Connecticut, NW Suite 800
Washington, DC 200036

(*iii*)